# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS A. WALLACE,
                    Appellant,
            vs.
BARBARA CEGAVSKE, NEVADA
SECRETARY OF STATE; NEVADA
STATE DEMOCRATIC PARTY; AND
HILLARY RODHAM CLINTON,
                    Respondents.

No. 71483



FILED

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's motion for summary judgment. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court only has appellate jurisdiction when an appeal is authorized by statute or court rule. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We have consistently held that no appeal lies from an order denying a motion for summary judgment. *D.R. Horton, Inc. v. Dist. Ct.*, 125 Nev. 449, 454, 215 P.3d 697, 700 (2009) (*citing GES, Inc.*

16-32736

*v. Corbitt*, 117 Nev. 265, 268, 21 P.3d 11, 13 (2001)). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:     Hon. Patrick Flanagan, District Judge
        Douglas A. Wallace
        Attorney General/Carson City
        Washoe District Court Clerk